

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friends of Karrah Garrison and Mayvie Garrison, Minor Children; Haela Garrison; Ernest D. Copelin, Individually and as Representative of the Estate of Roper T. Nathon Copelin, Deceased; Tangela M. Copelin; Texas Mutual Insurance Company, as Subrogee of Keath Garrison and Roper T. Nathan Copelin, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant has filed a motion to abate this appeal in order to seek the trial court's approval of a settlement that would dispose of all claims against appellant in the underlying case. We grant the motion and order the deadlines in this appeal are suspended for thirty days. Appellant is ordered to file, by March 19, 2020, either its brief or a motion to dispose of this appeal in accordance with Texas Rule of Appellate Procedure 42.1.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.



Michael A. Cruz,
Clerk of Court